United States District Court
Southern District of Texas
**ENTERED**
June 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONESHA BORNER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0710 |
| | § | |
| CONN APPLIANCES, INC., | § | |
|     Defendant. | § | |

## **ORDER**

Having been informed that a settlement has been reached in this case, *see* Notice of Settlement [Doc. # 7], it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of the parties' claims if any party represents to the Court on or before **August 27, 2016**, that the settlement could not be completely documented

SIGNED at Houston, Texas, this 29th day of **June, 2016**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0710Cond.wpd   160629.1054